BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED
NOV 0 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | S.W. NO. 1:10-SW-00246-DLB |
|---|---|
| 2913 TRIDENT COURT, STOCKTON, CALIFORNIA | ORDER RE: MOTION TO UNSEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, the filings in this case having been sealed by order of this Court on September 27, 2010 and it appearing that such filings no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the filings in the above-captioned case number, including the search warrant, search warrant application and affidavit previously sealed by the Court on or about September 27, 2010, be unsealed and made public record.

Date: November 1, 2012

_____
DENNIS L. BECK
United States Magistrate Judge